**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
JUN - 8 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

June 08, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-50664     Lempar v. Lumpkin
                    USDC No. 5:20-CV-443

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Charles B. Whitney, Deputy Clerk
                              504-310-7679

Ms. Jeannette Clack
Mr. Dante Eli Dominguez
Mr. Edward Larry Marshall
Mr. Patrick Daniel Todd